| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Larsen, Joan L. | 2. Court or Organization U.S. Court of Appeals for the Sixth Circuit | 3. Date of Report 10/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Ann Arbor Federal Building
200 E. Liberty Street
Ann Arbor, Michigan 48104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Adjunct Faculty | University of Michigan Law School |
| 3. | Circuit Judge | United States Court of Appeals for the Sixth Circuit |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | | |
| 2. | 03/30/2018 | University of Michigan, Salary | $20,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | University of Michigan, Salary |
| 2. | 2018 | West Academic, Book Royalties |
| 3. | 2018 | Self-employed expert witness |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western Reserve University | September 25, 2018 - September 26, 2018 | Cleveland, Ohio | Deliver The Sumner Canary Memorial Lecture | Transportation, lodging, and food |
| 2. | Duke University School of Law | November 7, 2018 - November 9, 2018 | Durham, North Carolina | Participate in "51 Imperfect Solutions": A Judicial Roundtable | Transportation, lodging, and food |
| 3. | The Federalist Society | November 14, 2018 - November 16, 2018 | Washington, D.C. | Moderate a panel at the National Lawyers Convention | Transportation, lodging, and food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Checking Account | A | Interest | K | T | | | | | |
| 2. UGMA Assets (H) | | | | | | | | | |
| 3. Vanguard Federal Money Market Fund | A | Int./Div. | J | T | | | | | |
| 4. Vanguard Tax-Managed Small-Cap Fund | A | Dividend | K | T | Sold (part) | 12/21/18 | J | A | |
| 5. Vanguard Total Stock Market Index Fund | A | Dividend | M | T | | | | | |
| 6. Alaska Air Common Stock | A | Dividend | K | T | | | | | |
| 7. Iowa 529 Plans (H) | | | | | | | | | |
| 8. Moderate Growth Portfolio (H) | | | | | | | | | |
| 9. Vanguard Institutional Total Stock Market Index Fund (36%) | | None | J | T | Closed | | | | |
| 10. Vanguard Total International Index Fund (24%) | | None | J | T | Closed | | | | |
| 11. Vanguard Total Bond Market II Index Fund (28%) | | None | J | T | Closed | | | | |
| 12. Vanguard Total International Bond Index Fund (12%) | | None | J | T | Closed | | | | |
| 13. Aggressive Growth Portfolio (H) | | | | | | | | | |
| 14. Vanguard Institutional Total Stock Market Index Fund (60%) | | None | J | T | Sold (part) | 09/12/18 | J | A | |
| 15. Vanguard Total International Index Fund (40%) | | None | J | T | Sold (part) | 09/12/18 | J | A | |
| 16. Michigan 529 Plans (H) | | | | | | | | | |
| 17. Global Equity Index Fund | | None | J | T | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Aggressive Age-Based Option (H) | | | | | | | | | |
| 19. TIAA-CREF Equity Index Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 20. TIAA-CREF International Equity Index Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 21. TIAA-CREF Emerging Markets Equity Index Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 22. TIAA-CREF Bond Index Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 23. TIAA-CREF Infaltion Linked Bond Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 24. TIAA-CREF High-Yield Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 25. Vanguard REIT Index Fund | | None | J | T | Sold (part) | 06/18/18 | J | A | |
| 26. New Hampshire 529 Plan (H) | | | | | | | | | |
| 27. Aggressive Growth Portfolio (H) | | | | | | | | | |
| 28. Fidelity Total Stock Market Index Institutional Premium Class (68.7%) | | None | K | T | Buy (add'l) | 01/03/18 | J | | |
| 29. Fidelity Series Commodity Strategic Fund (1.4%) | | None | J | T | Buy (add'l) | 01/03/18 | J | | |
| 30. Fidelity International Index Institutional Premium Class (29.9%) | | None | J | T | Buy (add'l) | 01/03/18 | J | | |
| 31. Rollover IRA (H) | | | | | | | | | |
| 32. Fidelity International Index Fund | B | Int./Div. | K | T | | | | | |
| 33. Fidelity Contrafund | C | Int./Div. | L | T | | | | | |
| 34. Fidelty Government Cash Reserves | A | Dividend | L | T | Buy | 02/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA (H) | | | | | | | | | |
| 36. Fidelity International Index | C | Int./Div. | N | T | Buy (add'l) | 11/02/18 | J | | |
| 37. State of Michigan 401(k) & 457 Plans (H) | | | | | | | | | |
| 38. State Street S&P 500 Index Fund | | None | | | Distributed | 02/05/18 | K | | |
| 39. State Street MidCap Index Fund | | None | | | Distributed | 02/05/18 | K | | |
| 40. State Street Glb All Cap ex US Fund | | None | | | Distributed | 02/05/18 | K | | |
| 41. Vanguard Emerging Mkts Index Fund | | None | | | Distributed | 02/05/18 | K | | |
| 42. University of Michigan, 401, 403, 457 Plans (H) | | | | | | | | | |
| 43. Fidelity International Index Fund | A | Int./Div. | L | T | | | | | |
| 44. Fidelity Total Market Index Fund | D | Int./Div. | P1 | T | | | | | |
| 45. IRA - Spouse (H) | | | | | | | | | |
| 46. Fidelity Total Market Index Fund | C | Dividend | N | T | Buy (add'l) | 01/02/18 | J | | |
| 47. Rollover IRA - Spouse (H) | | | | | | | | | |
| 48. Fidelity Extended Market 1 Index Fund | C | Dividend | N | T | | | | | |
| 49. Roth IRA - Spouse (H) | | | | | | | | | |
| 50. Fidelity International Index Fund | C | Int./Div. | N | T | | | | | |
| 51. University of Michigan, 401, 403, 457 Plans - Spouse (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fidelity International Index Fund | D | Int./Div. | N | T | Buy (add'l) | 01/01/18 | J | | |
| 53. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 54. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 55. | | | | | Buy (add'l) | 04/01/18 | J | | |
| 56. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 57. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 58. | | | | | Buy (add'l) | 07/01/18 | J | | |
| 59. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 60. | | | | | Buy (add'l) | 09/01/18 | J | | |
| 61. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 62. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 63. | | | | | Buy (add'l) | 12/01/18 | J | | |
| 64. Fidelity Total Market Index Fund | E | Int./Div. | P1 | T | Buy (add'l) | 01/01/18 | J | | |
| 65. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 66. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 67. | | | | | Buy (add'l) | 04/01/18 | J | | |
| 68. | | | | | Buy (add'l) | 05/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 70. | | | | | Buy (add'l) | 07/01/18 | J | | |
| 71. | | | | | Buy (add'l) | 08/01/18 | J | | |
| 72. | | | | | Buy (add'l) | 09/01/18 | J | | |
| 73. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 74. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/01/18 | J | | |
| 76. Fidelity Extended Market 1 Index Fund | D | Int./Div. | N | T | | | | | |
| 77. BrokerageAccount (H) | | | | | | | | | |
| 78. Fidelity Government Money Market Fund | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 79. | | | | | Buy (add'l) | 04/03/18 | J | | |
| 80. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 81. | | | | | Buy (add'l) | 05/31/18 | J | | |
| 82. | | | | | Buy (add'l) | 10/22/18 | J | | |
| 83. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 84. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Michigan Municipal Income Fund | C | Dividend | L | T | | | | | |
| 87. Fidelity Michigan Municipal Money Market Fund | A | Dividend | L | T | Sold (part) | 01/12/18 | J | | |
| 88. | | | | | Sold (part) | 01/16/18 | J | | |
| 89. | | | | | Sold (part) | 02/20/18 | J | | |
| 90. | | | | | Buy (add'l) | 04/04/18 | K | | |
| 91. | | | | | Buy (add'l) | 11/27/18 | K | | |
| 92. | | | | | Buy (add'l) | 12/07/18 | J | | |
| 93. Fidelity International Index Fund | A | Dividend | K | T | Buy (add'l) | 11/27/18 | J | | |
| 94. Fidelity Total Market Index Fund | B | Dividend | L | T | Donated (part) | 11/27/18 | K | | |
| 95. Trust #1 (H) | | | | | | | | | |
| 96. First American Bank Account | A | Interest | J | T | | | | | |
| 97. Prudential Survivorship Variable Universal Life Insurance Policy (H) | | | | | | | | | |
| 98. PSF Diversified Bond Fund | | None | M | T | | | | | |
| 99. PSF Equity Fund | | None | L | T | | | | | |
| 100. PSF Global Fund | | None | M | T | | | | | |
| 101. PSF Gov't Money Market Fund | | None | K | T | | | | | |
| 102. PSF Jennison Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Larsen, Joan L. | 10/27/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFS Growth Fund | | None | M | T | | | | | |
| 104. Franklin Sm-MidCap Gr VIP Fund | | None | K | T | | | | | |
| 105. Prudential Finanical Inc. Common Stock | C | Dividend | L | T | | | | | |
| 106. Dependednt Child Roth IRA (H) | | | | | | | | | |
| 107. Vanguard Target Retirement 2065 | A | None | J | T | Buy (add'l) | 04/02/18 | J | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Larsen, Joan L. | 10/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan L. Larsen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544